JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE F. SWAIN, | Case No. CV 08-00148 GPS (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for lack of jurisdiction for the reasons stated in the related Order.

DATED: May 8, 2008

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY